UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Michael L. Swan, Sr.,<br><br>  Plaintiff,<br><br>v.<br><br>Velo Associates, PLC d/b/a Velo Law Office,<br><br>  Defendant. | Case No.: 1:17-cv-00544-RJJ-PJG<br>Hon. Judge Robert J. Jonker<br>Magistrate Judge Phillip J. Green |

**STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT FEES OR COSTS**

Plaintiff Michael L. Swan, Sr., and Defendant Velo Associates, PLC d/b/a Velo Law Office, through their undersigned attorneys of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this lawsuit as to all parties and with prejudice and without attorney's fees or costs to either party.

Dated: October 16, 2017

| | |
|---|---|
| /s/ Jeffery D. Mapes (with consent)<br>Jeffrey D. Mapes (P70509)<br>Law Office of Jeffrey D. Mapes PLC<br>29 Pearl St., NW, Ste. 305<br>Grand Rapids, MI 49503<br>Tel: (616) 719-3847<br>Fax: (616) 719-3857<br>jeff@mapesdebt.com | /s/ Charity A. Olson<br>Charity A. Olson (P68295)<br>**BROCK & SCOTT, PLLC**<br>2723 S. State St., Ste. 150<br>Ann Arbor, MI 48104<br>Tel: (734) 222-5179<br>Fax: (866) 941-8712<br>Charity.Olson@brockandscott.com |