UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Michael L. Swan, Sr.,<br><br>    Plaintiff,<br><br>v.<br><br>Velo Associates, PLC d/b/a Velo Law Office,<br><br>    Defendant. | Case No.: 1:17-cv-00544-RJJ-PJG<br>Hon. Judge Robert J. Jonker<br>Magistrate Judge Phillip J. Green |

### ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WITHOUT FEES OR COSTS TO ANY PARTY

Pursuant to the parties' stipulation between Plaintiff Michael L. Swan, Sr. and Defendant Velo Associates PLC d/b/a Velo Law Office with this Court, Plaintiff's Complaint is hereby dismissed with prejudice, and without fees or costs awarded to any party.

This Order resolves all pending claims and closes the case.

**IT IS ORDERED.**

Dated: October 18, 2017                              /s/ Robert J. Jonker
                                                     Hon. Robert J. Jonker
                                                     United States District Court
                                                     Western District of Michigan